# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STEVEN SCOTT, ,**

        **Plaintiff,**

**-vs-**          **Case No. 6:11-cv-1775-Orl-31KRS**

**JOHN H. ADAMS, SR., et al.,**

        **Defendants.**

_____

## ORDER

This cause comes before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), filed November 8, 2011.

On November 9, 2011, the United States Magistrate Judge issued a report (Doc. No. 4) recommending that the complaint (Doc. No. 1) be dismissed as frivolous and that the motion be denied. The deadline for Plaintiff to object to the report was extended to December 15, 2011 (Doc. No. 8). No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The complaint in this case is **DISMISSED** without prejudice. Plaintiff may file an amended complaint by January 9, 2012, which complies with the dictates of the Report and Recommendation. Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

3. The Application to Proceed *in forma pauperis* is **DENIED** without prejudice. Plaintiff may file a renewed motion with the Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 19th day of December, 2011.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party